No. 5869. DORSEY v. NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 5870. BROWN v. ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 5871. CRUZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5876. CASSIDY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5878. VITORATOS v. YACOBUCCI. Sup. Ct. Ohio. Certiorari denied.

No. 5882. WILLIAMS v. NEIL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 5885. BRISCOE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 5886. TWITTY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 5889. HART v. BRIERLEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 5890. MYLES v. PROCUNIER, CORRECTIONS DIRECTOR, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 5891. STRATER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 5893. HARRIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5894. TRIGG v. UNITED STATES. C. A. 7th Cir. Certiorari denied.